UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY SCHUYLER and
LINDA SCHUYLER,

      Plaintiffs,

v.

MAC STEEL, INC., and CONNELL, INC.,

      Defendants.
      _____/

Case No. 04-72131

Honorable John Corbett O'Meara

## ORDER

On September 12, 2006, the parties filed a stipulated joint final pretrial order for the court's review. At the September 20, 2006 final pretrial conference, the court ordered the parties to prepare a new order because the one submitted was deficient in a number of ways and failed to meet even the rudimentary requirements of Local Rule 16.2.

In preparation of a second final pretrial conference scheduled for August 1, 2007, the parties submitted to the court another joint final pretrial order that is essentially the same as the one filed nearly a year ago, complete, or rather incomplete, with the deficiencies of the original. A third proposed order, still deficient in many respects, was handed to the court only minutes before the pretrial conference.

Pursuant to Local Rule 16.2(c),

> For failure to cooperate in preparing or submitting the joint final pretrial order or failure to comply strictly with the terms of the joint final pretrial order, the Court may dismiss claims, enter default judgment, refuse to permit witnesses to testify or to admit exhibits, assess costs and expenses, including attorney fees, or impose other appropriate sanctions.

L.R. 16.2(c) (E.D. Mich. Nov. 11, 1998).

The court finds that counsel has failed to adhere to the previous order of the court in preparing the second and third joint final pretrial orders. Therefore, it is hereby **ORDERED** that counsel in this matter are **SANCTIONED** in the amount of $1,000 for Plaintiffs and $1,000 for Defendants, with these funds to be paid to the Clerk of the Court for the Eastern District of Michigan.

**SO ORDERED.**

s/John Corbett O'Meara
United States District Judge

Dated: August 02, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 3, 2007, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager

2